**Electronically Filed**
**Supreme Court**
**SCWC-12-0000485**
**15-JUL-2013**
**10:05 AM**

SCWC-12-0000485

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

FRANCIS GRANDINETTI,
Petitioner/Petitioner-Appellant,

vs.

STATE OF HAWAIʻI,
Respondent/Respondent-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-12-0000485; CR. NO. 88-2074)

<u>ORDER DISMISSING MOTION FOR RECONSIDERATION</u>
(By: Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack, JJ.)

Upon consideration of Petitioner/Petitioner-Appellant Francis Grandinetti's Reconsideration Motion, filed on July 3, 2013 (Motion for Reconsideration), and the records and files herein, pursuant to Hawaiʻi Rules of Appellate Procedure Rule 40.1(h), our rules do not allow for reconsideration of the acceptance or rejection of an application for certiorari. Therefore,

IT IS HEREBY ORDERED that petitioner's Motion for Reconsideration of the June 18, 2013 Order Rejecting Application for Writ of Certiorari is dismissed.

DATED:  Honolulu, Hawaiʻi, July 15, 2013.

Francis Grandinetti,
pro se

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

